

FILED  
11 JAN 10 PM 3:47

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 07/29/09 | 610 | Recovery Management Systems Corporation<br>For GE Money Bank, dba LOWE'S PLATINUM VISA, 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 395.10 | 395.10 | 13.87 | 381.23 | 0.16 |
| 18 | 07/29/09 | 610 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB, 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 127.08 | 127.08 | 4.46 | 122.62 | 0.05 |
| 19 | 07/29/09 | 610 | Recovery Management Systems Corporation<br>For GE Money Bank, dba JCPENNEY CREDIT SERVICES, 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 1,177.47 | 1,177.47 | 41.33 | 1,136.14 | 0.50 |
| 20 | 08/03/09 | 610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 1,567.57 | 1,567.57 | 55.02 | 1,512.55 | 0.66 |
| | | | **Total for Priority 610: 3.55222% Paid** | **$68,963.96** | **$68,140.42** | **$2,391.60** | **$65,748.82** | **$28.90** |
| 21 | 08/05/09 | 620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK, VA 23541<br>&lt;7200-00 Tardy General Unsecured § 726(a)(3)&gt; | 941.42 | 941.42 | 0.00 | 941.42 | 0.00 |
| 22 | 08/05/09 | 620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK, VA 23541<br>&lt;7200-00 Tardy General Unsecured § 726(a)(3)&gt; | 299.60 | 299.60 | 0.00 | 299.60 | 0.00 |
| 23 | 08/05/09 | 620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK, VA 23541<br>&lt;7200-00 Tardy General Unsecured § 726(a)(3)&gt; | 665.20 | 665.20 | 0.00 | 665.20 | 0.00 |
| 24 | 08/06/09 | 620 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>&lt;7200-00 Tardy General Unsecured § 726(a)(3)&gt; | 2,738.96 | 2,738.96 | 0.00 | 2,738.96 | 0.00 |
| | | | **Total for Priority 620: 0% Paid** | **$4,645.18** | **$4,645.18** | **$0.00** | **$4,645.18** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$73,609.14** | **$72,785.60** | **$2,391.60** | **$70,394.00** | **$28.90** |
| | | | **Total for Case:** | **$74,484.70** | **$73,661.16** | **$3,267.16** | **$70,394.00** | **$28.90** |

Handwritten annotations: Claim 18 row circled and crossed out. Near claim 24: "Ck #141 / Receipt #82043"